

FILED
CLERK, U.S. DISTRICT COURT

DEC 1 2017

CENTRAL
BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF v. Sergio Avalos DEFENDANT(S). | CASE NUMBER 17 MJ 3068 ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
|---|---|

Upon motion of __Defendant__, IT IS ORDERED that a detention hearing is set for __Dec - 14__, __2017__, at __1:00__ ☐a.m. / ☑p.m. before the Honorable __Birtk__, in Courtroom __Duty__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __12/11/17__

U.S. District Judge/Magistrate Judge